IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>JORGE LUIS LIZARRAGA-MONTALVO,<br><br>　　　　　　Defendant. | **8:11CR290**<br><br>**ORDER** |

This matter is before the Court on defendant's motion to dismiss the indictment conviction and sentence, Filing No. 84. The defendant plead guilty to Count I of the indictment on February 2, 2012, Filing No. 49, and this Court sentenced him on June 22, 2012, Filing No. 75. The Court has carefully reviewed the motion to dismiss the indictment conviction and sentence and finds it is frivolous and without basis under the law.

THEREFORE, IT IS ORDERED that defendant's motion to dismiss the indictment conviction and sentence, Filing No. 84, is denied.

Dated this 11th day of March, 2015

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge